# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D15-4283
_____

ARTHUR O. FRANKLIN,

    Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

July 16, 2019


PER CURIAM.

AFFIRMED. *Franklin v. State*, 258 So. 3d 1239, 1241 (Fla. 2018) (affirming *Franklin v. State*, 141 So. 3d 210 (Fla. 1st DCA 2014)).

RAY, C.J., and KELSEY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Glen Gifford, Assistant Public Defender, Tallahassee, for Appellant.

Rana Wallace, General Counsel, Florida Commission on Offender Review, Tallahassee, for Appellee.